**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LUCANO AGUILAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:19-cv-5286 |
| | ) |
| PINK LILY, INC., PITEPER INC., | ) Hon. Charles P. Kocoras |
| PAUL SOPANARAT and JOHN | ) |
| SOPANARAT, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Lucano Aguilar, by his attorney, Carlos G. Becerra of Becerra Law Group, LLC, and Defendants Pink Lily, Inc., Piteper Inc., Paul Sopanarat, and John Sopanart (collectively "Defendants"), by their attorney, Scott Cruz of Clark Hill PLC, stipulate that this case should be dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Respectfully Submitted,

By: *s/ Carlos G. Becerra*
Carlos G. Becerra
BECERRA LAW GROUP, LLC
11 E. Adams St., Suite 1401
Chicago, IL 60603
Telephone: (312)957-9005
Email: cbecerra@law-rb.com
*Attorney for Plaintiffs*

By: *s/ Scott Cruz*
Scott Cruz
GREENSFOLDER, HEMKER & GALE, PC
200 W. Madison St., Suite 3300
Chicago, IL 60606
Telephone: (312)345-5008
Email: scruz@greensfolder.com
*Attorney for Defendants*